## EDWARDS *v.* FOX.

---

### BILLS AND NOTES.

1. *First Nat. Bank* v. *Fox, ante,* 430, referred to.
2. The evidence on the question whether the plaintiff was an innocent
     holder in due course, of a promissory note sued on, held properly
     submitted to the jury.

No. 2438.   Submitted January 14, 1913.   Decided May 26, 1913.

HEARING on an appeal by the plaintiff from a judgment of
the Supreme Court of the District of Columbia, on verdict, in
an action on a promissory note.                         *Affirmed.*

The facts are stated in the opinion.

*Mr. W. W. Millan* and *Mr. R. E. L. Smith* for the appellant.

*Mr. J. J. Darlington* for the appellee.

Mr. Justice VAN ORSDEL delivered the opinion of the Court:

This case was tried below in connection with *First Nat.
Bank* v. *Fox,* No. 2437, *ante,* 430, and is a suit to recover upon
the last of the notes given in consideration of the purchase price
of the yacht "Idler."

It differs from the former case 'only on the question of whether appellant was an innocent holder of the note in due course. The evidence on this question presented a sufficient issue of fact to call for its submission to the jury. It was properly submitted, and the jury found for defendant. The remaining exceptions to the rulings of the trial court, and the condition of the bill of exceptions, are the same as in No. 2437.

The judgment, therefore, is affirmed with costs.

*Affirmed.*